The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review, <br><br> Defendants. | Case No. 2:22-cv-00806-JHC <br><br><br> **JOINT STATUS REPORT & STIPULATION** |

STIPULATION - 1
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

**PARTIES' JOINT STATUS REPORT AND STIPULATION**

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services; Ur Jaddou, Director, U.S. Citizenship and Immigration Services; Executive Office for Immigration Review; and David L. Neal, Director, Executive Office for Immigration Review, hereby stipulate to an additional 90-day stay of proceedings as the parties continue their settlement discussions.

Plaintiffs and Defendants previously jointly stipulated to a 60-day stay in order to explore settlement possibilities. On June 27, 2022, this Court issued an order granting the 60-day stay and ordering the parties to submit a joint status report on August 29, 2022. Accordingly, Plaintiffs and Defendants submit the following update on the status of their settlement talks.

Plaintiffs and Defendants held a settlement conference on August 3, 2022, where they discussed the claims for the putative classes and agreed that there was potential for resolving many, if not all of the claims without the need of further litigation. Defendants requested Plaintiffs follow up with a written framework providing general parameters for resolving the claims. Plaintiffs submitted a document with a proposed settlement framework to Defendants on August 12, 2022. Defendants are currently reviewing that document, but have noted that they are not positioned to provide a written response until October 13, 2022.

In light of these developments in the settlement discussions, the parties now stipulate to a 90-day extension. Good cause exists for the stipulation because the complexity of the issues in this case requires additional time and there continues to be a meaningful opportunity to reach a settlement that would conserve judicial resources, as well as those of the Parties.

The parties respectfully request an order from the Court further staying Defendants' responsive deadlines and setting a deadline for a joint status report for November 28, 2022, 90-days from today's date. At that time, the parties will provide the Court with an update on the status of settlement talks and, if applicable, any proposed deadlines.

STIPULATION - 2
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this _____ day of _____.

For the Plaintiffs:

/s/ Matt Adams
Matt Adams
Northwest Immigration Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

For the Defendants:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

SARAH TATE CHAMBERS
Trial Attorney

/s/ Aneesa Ahmed
Aneesa Ahmed
Trial Attorney
Office of Immigration Litigation
District Court Section
Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-1246

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 30th day of August.

The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 3
2:22-cv-00806-JHC

Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel.: (206) 957-8611

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Dated: August 29, 2022

/s/ Matt Adams
Matt Adams
Northwest Immigration Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org

STIPULATION - 4
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**