The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review,<br><br>Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION**<br><br>Note on Calendar: February 13, 2023 |

STIPULATION - 1
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

**PARTIES' JOINT STATUS REPORT AND STIPULATION**

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services; Ur Jaddou, Director, U.S. Citizenship and Immigration Services; Executive Office for Immigration Review; and David L. Neal, Director, Executive Office for Immigration Review, hereby stipulate to an additional 60-day stay of proceedings as the parties continue their settlement discussions.

Plaintiffs and Defendants previously jointly stipulated to a 60-day stay. On June 27, 2022, this Court issued an order granting the 60-day stay and ordering the parties to submit a joint status report on August 29, 2022. Plaintiffs and Defendants then held a settlement conference on August 3, 2022, where they discussed the claims for the putative classes and agreed that there was potential for resolving many, if not all of the claims without further litigation. Defendants requested Plaintiffs follow up with a written framework providing general parameters for resolving the claims. Plaintiffs submitted a document with a proposed settlement framework to Defendants on August 12, 2022.

On August 29, 2022, the parties submitted a joint status report and stipulation detailing their ongoing efforts to reach settlement in this case and requested a 90-day stay to further engage in settlement discussions and conserve judicial resources, as well as those of the parties. On August 30, 2022, this Court issued an order granting the 90-day stay and ordering the parties to submit a joint status report on November 28, 2022.

On October 14, 2022, Defendants provided written responses to Plaintiffs' proposed settlement framework. On October 26, 2022, the parties held a settlement conference where they discussed Defendants' responses, potential terms for settlement, and the possibility of resolving this matter without further litigation. On November 23, 2022, Defendants also requested that Plaintiffs provide written feedback to Defendants' October 26, 2022, settlement responses. Plaintiffs provided their written feedback on November 29, 2022.

STIPULATION - 2
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

On November 28, 2022, the parties filed a third stipulated motion to stay this case, requesting an additional stay of 75 days. The Court issued an order granting the 75-day stay and ordered the parties to submit a joint status report on February 13, 2023.

Subsequently, on February 6, 2023, Defendants responded to Plaintiffs with further proposals on how to resolve the remaining disputes between the parties. The parties then held a settlement conference on February 7, 2023, where they discussed the settlement framework and the disputed matters. Defendants are now working to provide additional responses to Plaintiffs regarding the remaining disputed matters between the parties.

In light of these developments in the settlement discussions, the parties have agreed to stipulate to a 60-day extension. Good cause exists for the stipulation because the complexity of the issues in this case requires additional time and there continues to be a meaningful opportunity to reach a settlement that would conserve judicial resources, as well as those of the Parties.

The parties respectfully request an order from the Court further staying Defendants' responsive deadlines and setting a deadline for a joint status report for April 14, 2023, 60 days from today's date. At that time, the parties will provide the Court with an update on the status of settlement talks and, if applicable, any proposed deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 13th day of February, 2023.

STIPULATION - 3
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

| For the Plaintiffs: | For the Defendants: |
|---|---|
| /s/ Matt Adams<br>Matt Adams<br><br>/s/ Aaron Korthuis<br>Aaron Korthuis<br><br>Northwest Immigrant Rights Project<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>(206) 957-8611<br>matt@nwirp.org<br>aaron@nwirp.org | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>SARAH TATE CHAMBERS<br>Trial Attorney<br><br>/s/ Aneesa Ahmed<br>Aneesa Ahmed<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-1246 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __14th__ day of __February__.

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 4
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

# CERTIFICATE OF SERVICE

I hereby certify that, on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Dated: February 13, 2023

/s/ Aaron Korthuis
Matt Adams
Northwest Immigration Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 816-3872
aaron@nwirp.org

STIPULATION - 5
2:22-cv-00806-JHC

Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98104
Tel.: (206) 957-8611