The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review,<br><br>Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION**<br><br>Note on Calendar: June 29, 2023 |

STIPULATION - 1
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

**PARTIES' JOINT STATUS REPORT AND STIPULATION**

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director, USCIS; Executive Office for Immigration Review ("EOIR"); and David L. Neal, Director, EOIR, hereby stipulate to an additional 45-day stay of proceedings as the parties continue to draft a settlement agreement. The parties have reached an agreement in principle as to all claims and parties and are working toward finalizing the terms of the settlement agreement.

Plaintiffs and Defendants have previously jointly stipulated to several stays. On June 27, 2022, this Court issued an order granting a 60-day stay and ordering the parties to submit a joint status report on August 29, 2022. Plaintiffs and Defendants then held a settlement conference on August 3, 2022, where they discussed the claims for the putative classes and agreed that there was potential for resolving many, if not all of the claims without further litigation. Defendants requested Plaintiffs follow up with a written framework providing general parameters for resolving the claims. Plaintiffs submitted a document with a proposed settlement framework to Defendants on August 12, 2022.

On August 29, 2022, the parties submitted a joint status report and stipulation detailing their ongoing efforts to reach settlement in this case and requested a 90-day stay to further engage in settlement discussions and conserve judicial resources, as well as those of the parties. On August 30, 2022, this Court issued an order granting the 90-day stay and ordering the parties to submit a joint status report on November 28, 2022.

On October 14, 2022, Defendants provided written responses to Plaintiffs' proposed settlement framework. On October 26, 2022, the parties held a settlement conference where they discussed Defendants' responses, potential terms for settlement, and the possibility of resolving this matter without further litigation. On November 23, 2022, Defendants also requested that Plaintiffs provide written feedback to Defendants' October 26, 2022, settlement responses. Plaintiffs provided their written feedback on November 29, 2022.

STIPULATION - 2
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

On November 28, 2022, the parties filed a third stipulated motion to stay this case, requesting an additional stay of 75 days. The Court issued an order granting the 75-day stay and ordered the parties to submit a joint status report on February 13, 2023.

Subsequently, on February 6, 2023, Defendants responded to Plaintiffs with further proposals on how to resolve the remaining disputes between the parties. The parties then held a settlement conference on February 7, 2023, where they discussed the settlement framework and the disputed matters. On February 13, 2023, the parties filed a fourth stipulated motion to stay this case, and this Court issued an order granting a 60-day stay and ordered the parties to submit a joint status report on April 14, 2023.

On April 14, 2023, the parties requested an additional 30-day stay, in which Defendants agreed to provide a response to Plaintiffs regarding certain settlement matters they committed to address at the February 7, 2023, settlement conference by May 5, 2023. On that date, Defendants provided their responses to Plaintiffs. Following that response, the parties reached an agreement in principle with respect to the EOIR Defendants, while one issue remained outstanding as to the USCIS Defendants. The parties requested an additional 45-day stay to continue negotiations with respect to USCIS and draft a settlement agreement. The Court granted that motion and stayed this case until June 29, 2023.

Since that order, the parties have continued to make progress. The parties reached an agreement in principle regarding the USCIS Defendants on May 24, 2023. On May 26, 2023, based on the parties' agreements, Plaintiffs sent a draft settlement agreement to Defendants for their review. Since then, Defendants have been reviewing the draft settlement agreement. Defendants will provide any edits or feedback on the draft settlement agreement to Plaintiffs by July 27, 2023. Defendants' review has taken longer than anticipated due to the unexpected deployment of USCIS personnel assigned to this case to other matters.

In light of these developments, the parties have agreed to stipulate to a 45-day stay of Defendants' briefing deadlines. Good cause continues to exist for the stipulation because the

STIPULATION - 3
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

complexity of the issues in this case requires additional time and there continues to be a meaningful opportunity to reach a settlement that would conserve judicial resources, as well as those of the parties. The parties will file a final settlement agreement with the Court or seek a further extension, if necessary, by August 14, 2023.

        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 29th day of June, 2023.

| For the Plaintiffs: | For the Defendants: |
|---|---|
| */s/* Matt Adams<br>Matt Adams | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>U.S. Department of Justice, Civil Division |
| */s/* Aaron Korthuis<br>Aaron Korthuis | WILLIAM C. PEACHEY<br>Director |
| Northwest Immigrant Rights Project<br>615 Second Avenue, Suite 400<br>Seattle, WA 98104<br>(206) 957-8611<br>matt@nwirp.org<br>aaron@nwirp.org | WILLIAM C. SILVIS<br>Assistant Director<br><br>RUTH CHECKETTS<br>Special Attorney |
| */s/* Mary Kenney<br>Mary Kenney | */s/* Aneesa Ahmed<br>Aneesa Ahmed<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 451-7744<br>Aneesa.Ahmed@usdoj.gov |
| */s/* Trina Realmuto<br>Trina Realmuto | |
| */s/* Kristin Macleod-Ball<br>Kristin Macleod-Ball | |
| National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 819-4447<br>mary@immigrationlitigation.org<br>trina@immigrationlitigation.org<br>kristin@immigrationlitigation.org | |

STIPULATION - 4
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this  29th  day of      June       .

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 5
2:22-cv-00806-JHC

**Northwest Immigrant Rights Project**
**615 Second Ave., Ste. 400**
**Seattle, WA 98104**
**Tel.: (206) 957-8611**