The Honorable John H. Chun
United States District Court Judge

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review,<br><br>           Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION**<br><br>Note on Calendar: August 14, 2023 |

STIPULATION - 1
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**

1

### PARTIES' JOINT STATUS REPORT AND STIPULATION

2     Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez

3 Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou,

4 Director, USCIS; Executive Office for Immigration Review ("EOIR"); and David L. Neal,

5 Director, EOIR, hereby stipulate to an additional 30-day stay of proceedings as the parties continue

6 to draft a settlement agreement. On May 24, 2023, the parties reached an agreement in principle

7 as to all claims and parties and are working toward finalizing the terms of the settlement agreement.

8     Plaintiffs and Defendants have previously jointly stipulated to several stays. *See* ECF Nos.

9 34, 37, 39, 41, 44, 46, 48. Most recently, the parties jointly stipulated to a stay on June 29, 2023.

10 On June 29, 2023, this court granted the parties' stay and ordered the parties to submit a joint status

11 report on August 14, 2023. Since that order, the parties have continued to make progress on

12 finalizing a settlement agreement. On July 27, 2023, Defendants provided Plaintiffs with

13 Defendants' edits to the settlement agreement to Plaintiffs. On August 3, 2023, Plaintiffs provided

14 Defendants with Plaintiffs' feedback to Defendants' edits. Defendants will provide any edits or

15 feedback to the draft settlement agreement by September 8, 2023. Defendants' review has taken

16 longer than anticipated due to the unexpected deployment of USCIS personnel assigned to this

17 case to other matters.

18     In light of these developments, the parties have agreed to stipulate to a 30-day stay of

19 Defendants' briefing deadlines. Good cause continues to exist for the stipulation because the

20 complexity of the issues in this case requires additional time and there continues to be a meaningful

21 opportunity to reach a settlement that would conserve judicial resources, as well as those of the

22 parties. The parties will file a final settlement agreement with the Court or seek a further extension,

23 if necessary, by September 13, 2023.

24

25

26

STIPULATION - 2
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3   For the Plaintiffs:                                     For the Defendants:

4   /s/ Matt Adams

5   Matt Adams                                              BRIAN M. BOYNTON
                                                            Principal Deputy Assistant Attorney General
6   /s/ Aaron Korthuis                                      U.S. Department of Justice, Civil Division
    Aaron Korthuis
7                                                           WILLIAM C. PEACHEY
                                                            Director
8   Northwest Immigrant Rights Project
    615 Second Avenue, Suite 400                            WILLIAM C. SILVIS
9   Seattle, WA 98104                                       Assistant Director
    (206) 957-8611
10  matt@nwirp.org                                          RUTH CHECKETTS
    aaron@nwirp.org                                         Special Attorney
11

12  /s/ Mary Kenney                                         /s/ Aneesa Ahmed
    Mary Kenney
13                                                          Aneesa Ahmed
                                                            Trial Attorney
14  /s/ Trina Realmuto                                      Office of Immigration Litigation
    Trina Realmuto                                          District Court Section
15                                                          Department of Justice, Civil Division
    /s/ Kristin Macleod-Ball                                P.O. Box 868, Ben Franklin Station
16  Kristin Macleod-Ball                                    Washington, D.C. 20044
                                                            (202) 451-7744
17  National Immigration Litigation Alliance                Aneesa.Ahmed@usdoj.gov
    10 Griggs Terrace
18  Brookline, MA 02446
    (617) 819-4447
19  mary@immigrationlitigation.org
    trina@immigrationlitigation.org
20  kristin@immigrationlitigation.org

21

22

23  Dated this 14th day of August, 2023.

24

25

26  STIPULATION - 3                          United States Department of Justice, Civil Division
    2:22-cv-00806-JHC              Office of Immigration Litigation – District Court Section
                                                   P.O. Box 868, Ben Franklin Station
                                                                Washington, D.C. 20044
                                                                   Tel.: (202) 514-2000
                                                                   Fax: (202) 305-7000

1

2                         PURSUANT TO STIPULATION, IT IS SO ORDERED.

3    Dated this ___14th___ day of ___August___.

4
                                          _____
5                                          The Honorable John H. Chun
                                           UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   STIPULATION - 4                          **United States Department of Justice, Civil Division**
     2:22-cv-00806-JHC                         **Office of Immigration Litigation – District Court Section**
                                               **P.O. Box 868, Ben Franklin Station**
                                               **Washington, D.C. 20044**
                                               **Tel.: (202) 514-2000**
                                               **Fax: (202) 305-7000**