The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION**<br><br>Note on Calendar: October 13, 2023 |

STIPULATION - 1
2:22-cv-00806-JHC

United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

**PARTIES' JOINT STATUS REPORT AND STIPULATION**

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director, USCIS; Executive Office for Immigration Review ("EOIR"); and David L. Neal, Director, EOIR, hereby stipulate to an additional 45-day stay of proceedings as the parties continue to draft a settlement agreement. On May 24, 2023, the parties reached an agreement in principle as to all claims and parties and are working toward finalizing the terms of the settlement agreement.

Plaintiffs and Defendants have previously jointly stipulated to several stays. *See* ECF Nos. 34, 37, 39, 41, 44, 46, 48, 51, 53. Most recently, the parties jointly stipulated to a stay on September 13, 2023. ECF No. 52. On September 25, 2023, this Court granted the parties' stay and ordered the parties to submit a joint status report on October 13, 2023. ECF No. 53. Since that order, the parties have continued to make progress on finalizing a settlement agreement and Defendants will provide any edits or feedback on the draft settlement agreement to Plaintiffs by October 25, 2023. Further, Plaintiffs have proffered a fee request under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendants are reviewing Plaintiffs' EAJA fee request and will provide Plaintiffs with a response to their fee request by November 1, 2023.

In light of these developments, the parties have agreed to stipulate to a 45-day stay of Defendants' briefing deadlines. Good cause continues to exist for the stipulation because the complexity of the issues in this case requires additional time and there continues to be a meaningful opportunity to reach a settlement that would conserve judicial resources, as well as those of the parties. The parties will file a final settlement agreement with the Court or seek a further extension, if necessary, by November 27, 2023.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION - 2
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

| | | |
|---|---|---|
| 1 | | |
| 2 | For the Plaintiffs: | For the Defendants: |
| 3 | */s/* Matt Adams | BRIAN M. BOYNTON |
| 4 | Matt Adams | Principal Deputy Assistant Attorney General |
| | | U.S. Department of Justice, Civil Division |
| 5 | */s/* Aaron Korthuis | |
| | Aaron Korthuis | WILLIAM C. PEACHEY |
| 6 | | Director |
| 7 | Northwest Immigrant Rights Project | |
| | 615 Second Avenue, Suite 400 | WILLIAM C. SILVIS |
| 8 | Seattle, WA 98104 | Assistant Director |
| | (206) 957-8611 | |
| 9 | matt@nwirp.org | RUTH CHECKETTS |
| | aaron@nwirp.org | Special Attorney |
| 10 | | |
| 11 | */s/* Mary Kenney | */s/* Aneesa Ahmed |
| | Mary Kenney | Aneesa Ahmed |
| 12 | | Trial Attorney |
| 13 | */s/* Trina Realmuto | Office of Immigration Litigation |
| | Trina Realmuto | District Court Section |
| 14 | | Department of Justice, Civil Division |
| | */s/* Kristin Macleod-Ball | P.O. Box 868, Ben Franklin Station |
| 15 | Kristin Macleod-Ball | Washington, D.C. 20044 |
| 16 | | (202) 451-7744 |
| | National Immigration Litigation Alliance | Aneesa.Ahmed@usdoj.gov |
| 17 | 10 Griggs Terrace | |
| | Brookline, MA 02446 | |
| 18 | (617) 819-4447 | |
| | mary@immigrationlitigation.org | |
| 19 | trina@immigrationlitigation.org | |
| | kristin@immigrationlitigation.org | |
| 20 | | |
| 21 | | |
| 22 | Dated this 13th day of October, 2023. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | STIPULATION - 3 | **United States Department of Justice, Civil Division** |
| | 2:22-cv-00806-JHC | **Office of Immigration Litigation – District Court Section** |
| | | **P.O. Box 868, Ben Franklin Station** |
| | | **Washington, D.C. 20044** |
| | | **Tel.: (202) 514-2000** |
| | | **Fax: (202) 305-7000** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 19th day of   October   .

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 4
2:22-cv-00806-JHC

United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000