The Honorable John H. Chun
United States District Court Judge

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated, | Case No. 2:22-cv-00806-JHC |
| | **JOINT STATUS REPORT & STIPULATION** |
| Plaintiffs, | |
| v. | Note on Calendar: November 27, 2023 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION - 1
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000**

**PARTIES' JOINT STATUS REPORT AND STIPULATION**

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director, USCIS; Executive Office for Immigration Review ("EOIR"); and David L. Neal, Director, EOIR, hereby stipulate to an additional 45-day stay of proceedings as the parties continue to draft a settlement agreement. On May 24, 2023, the parties reached an agreement in principle as to all claims and parties and are working toward finalizing the terms of the settlement agreement.

Plaintiffs and Defendants have previously jointly stipulated to several stays. *See* ECF Nos. 34, 37, 39, 41, 44, 46, 48, 51, 53, 56. Most recently, the parties jointly stipulated to a stay on October 13, 2023. ECF No. 55. On October 19, 2023, this Court granted the parties' stay and ordered the parties to submit a joint status report on November 27, 2023. ECF No. 56. Since that order, the parties have continued to make progress on finalizing a settlement agreement and Defendants will endeavor to provide any edits or feedback on the draft settlement agreement to Plaintiffs by December 8, 2023. Further, Plaintiffs have proffered a fee request under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendants are reviewing Plaintiffs' EAJA fee request and will endeavor to provide Plaintiffs with a response to their fee request by December 8, 2023.

In light of these developments, the parties have agreed to stipulate to a 45-day stay of Defendants' briefing deadlines. Good cause continues to exist for the stipulation because the complexity of the issues in this case requires additional time and there continues to be a meaningful opportunity to reach a settlement that would conserve judicial resources, as well as those of the parties. The parties will file a final settlement agreement with the Court or seek a further extension, if necessary, by January 11, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION - 2
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**

1

2    For the Plaintiffs:                                    For the Defendants:

3    /s/  Matt Adams
     _____                                BRIAN M. BOYNTON
     Matt Adams                                            Principal Deputy Assistant Attorney General
4                                                          U.S. Department of Justice, Civil Division

5    /s/ Aaron Korthuis
     _____                                WILLIAM C. PEACHEY
     Aaron Korthuis                                        Director
6
     Northwest Immigrant Rights Project                    WILLIAM C. SILVIS
7    615 Second Avenue, Suite 400                          Assistant Director
     Seattle, WA 98104
8    (206) 957-8611
     matt@nwirp.org                                        RUTH CHECKETTS
9    aaron@nwirp.org                                       Special Attorney

10

11   /s/ Mary Kenney
     _____                                /s/  Aneesa Ahmed
     Mary Kenney                                           _____
12                                                         Aneesa Ahmed
                                                           Trial Attorney
13   /s/ Trina Realmuto                                    Office of Immigration Litigation
     _____                                District Court Section
     Trina Realmuto                                        Department of Justice, Civil Division
14                                                         P.O. Box 868, Ben Franklin Station
     /s/ Kristin Macleod-Ball                              Washington, D.C. 20044
15   _____                                (202) 451-7744
     Kristin Macleod-Ball                                  Aneesa.Ahmed@usdoj.gov
16
     National Immigration Litigation Alliance
17   10 Griggs Terrace
     Brookline, MA 02446
18   (617) 819-4447
     mary@immigrationlitigation.org
19   trina@immigrationlitigation.org
     kristin@immigrationlitigation.org
20

21

22   Dated this 27th day of November, 2023.

23

24

25

26   STIPULATION - 3                                       **United States Department of Justice, Civil Division**
     2:22-cv-00806-JHC                                     **Office of Immigration Litigation – District Court Section**
                                                           **P.O. Box 868, Ben Franklin Station**
                                                           **Washington, D.C. 20044**
                                                           **Tel.: (202) 514-2000**
                                                           **Fax: (202) 305-7000**

1          PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    Dated this 29th day of November, 2023

3

4                                          _____
                                           The Honorable John H. Chun
5                                          UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   STIPULATION - 4                      **United States Department of Justice, Civil Division**
     2:22-cv-00806-JHC                     **Office of Immigration Litigation – District Court Section**
                                           **P.O. Box 868, Ben Franklin Station**
                                           **Washington, D.C. 20044**
                                           **Tel.: (202) 514-2000**
                                           **Fax: (202) 305-7000**