The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; David NEAL, Director, Executive Office for Immigration Review,<br><br>Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION**  AND ORDER<br><br>Note on Calendar: January 11, 2024 |

STIPULATION - 1
2:22-cv-00806-JHC

United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

**PARTIES' JOINT STATUS REPORT AND STIPULATION**

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director, USCIS; Executive Office for Immigration Review ("EOIR"); and David L. Neal, Director, EOIR, hereby stipulate to an additional 43-day stay of proceedings as the parties continue to draft a settlement agreement. On May 24, 2023, the parties reached an agreement in principle as to all claims and parties and are working toward finalizing the terms of the settlement agreement.

Plaintiffs and Defendants have previously jointly stipulated to several stays. *See* ECF Nos. 34, 37, 39, 41, 44, 46, 48, 51, 53, 56, 58. Most recently, the parties jointly stipulated to a stay on November 27, 2023. ECF No. 57. On November 29, 2023, this Court granted the parties' stay and ordered the parties to submit a joint status report on January 11, 2024. ECF No. 58. Since that order, the parties have continued to make progress on finalizing a settlement agreement. On January 10, 2024, Defendants provided Plaintiffs with their edits and feedback on the draft settlement agreement and also provided Plaintiffs with a draft of the Class Notice and draft of the parties' Joint Motion for Preliminary Approval of Settlement. Upon receipt of Plaintiffs' initial feedback to the draft of the parties' joint motion, Defendants agreed to revise the draft and will endeavor to provide Plaintiffs with an updated draft on January 19, 2024. In turn, Plaintiffs will endeavor to provide any edits or feedback to the draft settlement agreement, draft Class Notice, and draft Joint Motion for Preliminary Approval of Settlement by January 23, 2024. Further, Plaintiffs have proffered a fee counteroffer under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendants are reviewing Plaintiffs' EAJA fee request and will endeavor to provide Plaintiffs with a response to their fee request by January 19, 2024.

In light of these developments, the parties have agreed to stipulate to a 43-day stay of Defendants' briefing deadlines. Good cause continues to exist for the stipulation because the

STIPULATION - 2
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

complexity of the issues in this case requires additional time and there continues to be a meaningful opportunity to reach a settlement that would conserve judicial resources, as well as those of the parties. The parties will file a final settlement agreement with the Court or seek a further extension, if necessary, by February 23, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

For the Plaintiffs:

*/s/* Matt Adams
Matt Adams

*/s/* Aaron Korthuis
Aaron Korthuis

Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org
aaron@nwirp.org

*/s/* Mary Kenney
Mary Kenney

*/s/* Trina Realmuto
Trina Realmuto

*/s/* Kristin Macleod-Ball
Kristin Macleod-Ball

National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
mary@immigrationlitigation.org
trina@immigrationlitigation.org

For the Defendants:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

RUTH CHECKETTS
Special Attorney

*/s/* Aneesa Ahmed
Aneesa Ahmed
Trial Attorney
Office of Immigration Litigation
District Court Section
Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 451-7744
Aneesa.Ahmed@usdoj.gov

STIPULATION - 3
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**

kristin@immigrationlitigation.org

Dated this 11th day of January, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this  29th  day of  January  .

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 4
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**