UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIANEY GARCIA PEREZ, MARIA MARTINEZ CASTRO, J.M.Z., ALEXANDER MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES; UR JADDOU; EXECUTIVE OFFICE for IMMIGRATION REVIEW; and DAVID NEAL,<br><br>Defendants. | CASE NO. 2:22-cv-00806-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The parties' briefing deadlines are hereby stayed for 45 days. Pursuant to Federal Rule of Civil Procedure 6(a), the final settlement agreement is due on April 22, 2024.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 5th day of March 2024.

MINUTE ORDER - 1

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2