The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Mary CHENG, Director (Acting), Executive Office for Immigration Review,<br><br>Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION AND ORDER**<br><br>Note on Calendar: April 22, 2024 |

STIPULATION - 1
2:22-cv-00806-JHC

United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

## PARTIES' JOINT STATUS REPORT AND STIPULATION

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director, USCIS; Executive Office for Immigration Review ("EOIR"); and Mary Cheng, Director (Acting), EOIR, submit this status report.

The parties' counsel have agreed to the terms of the settlement agreement.

The Department of Justice must complete its settlement review process and approve the settlement. *See* 28 C.F.R. § 0.160(a) (authorizing Assistant Attorneys General to approve settlements with respect to matters assigned to their respective divisions); *id.* § 0.160(d) (requiring that any proposed settlement, regardless of amount or circumstances, be referred to the Deputy Attorney General or the Associate Attorney General, if it meets any one of specified criteria); Civil Division Directive No. 1-15 – 28 C.F.R. Part 0 (available at https://www.justice.gov/jm/civil-resource-manual-46-redelegation-authority-compromise-civil-claims). Undersigned counsel for Defendants estimates that the Department of Justice's process will take no more than thirty-six days, barring unforeseen circumstances.

Plaintiffs and Defendants have previously jointly stipulated to several stays. *See* ECF Nos. 34, 37, 39, 41, 44, 46, 48, 51, 53, 56, 58, 60, 62. Most recently, the parties jointly stipulated to a stay on February 23, 2024. ECF No. 61. On March 5, 2024, this Court granted the parties' stay and ordered the parties to submit a joint status report on April 22, 2024. ECF No. 62.

In light of these developments, the parties have agreed to stipulate to a thirty-six-day stay of Defendants' briefing deadlines. Good cause continues to exist for an extension of time, because the complexity of the issues in this case and the proximity of settlement. If this Court grants an extension, the parties would move for preliminary approval of a settlement agreement or seek a further extension, if necessary, by May 28, 2024.

STIPULATION - 2
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

For the Plaintiffs:

*/s/* Matt Adams
Matt Adams

*/s/* Aaron Korthuis
Aaron Korthuis

Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
matt@nwirp.org
aaron@nwirp.org

*/s/* Mary Kenney
Mary Kenney

*/s/* Trina Realmuto
Trina Realmuto

*/s/* Kristin Macleod-Ball
Kristin Macleod-Ball

National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
(617) 819-4447
mary@immigrationlitigation.org
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

For the Defendants:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

RUTH CHECKETTS
Special Attorney

*/s/* Aneesa Ahmed
Aneesa Ahmed
Trial Attorney
Office of Immigration Litigation
District Court Section
Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 451-7744
Aneesa.Ahmed@usdoj.gov

Dated this 20th day of April, 2024.

STIPULATION - 3
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __2nd__ day of ____May____ .

*John H. Chun*
_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 4
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**