The Honorable John H. Chun
United States District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Mary CHENG, Acting Director, Executive Office for Immigration Review,[1]<br><br>Defendants. | Case No. 2:22-cv-00806-JHC<br><br>**JOINT STATUS REPORT & STIPULATION & ORDER**<br><br>Note on Calendar: June 27, 2024 |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Mary Cheng, Acting Director for the Executive Office for Immigration Review is automatically substituted for former Director David Neal. *See* Fed. R. Civ. Pro. 25(d) (instructing that a public officer's successor is automatically substituted as a party in ongoing litigation if the officer ceases to hold office during the pendency of the action).

STIPULATION - 1
2:22-cv-00806-JHC

United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

# PARTIES' JOINT STATUS REPORT AND STIPULATION

Plaintiffs Bianey Garcia Perez; Maria Martinez Castro; J.M.Z.; Alexander Martinez Hernandez; and Defendants U.S. Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director, USCIS; Executive Office for Immigration Review ("EOIR"); and Mary Cheng, Acting Director, EOIR, submit this status report.

The parties' counsel have agreed to the terms of a settlement agreement. The Department of Justice must complete its settlement review process and approve the settlement. *See* 28 C.F.R. § 0.160(a) (authorizing Assistant Attorneys General to approve settlements with respect to matters assigned to their respective divisions); *id*. § 0.160(d) (requiring that any proposed settlement, regardless of amount or circumstances, be referred to the Deputy Attorney General or the Associate Attorney General, if it meets any one of specified criteria); Civil Division Directive No. 1-15 – 28 C.F.R. Part 0 (available at https://www.justice.gov/jm/civil-resource-manual-46-redelegation-authority-compromise-civil-claims). The process has been delayed. Undersigned counsel for Defendants, however, estimates that the Department of Justice's process will be completed by July 27, 2024.

Plaintiffs and Defendants have previously jointly stipulated to several stays. *See* ECF Nos. 34, 37, 39, 41, 44, 46, 48, 51, 53, 56, 58, 60, 62, 63, 66. Most recently, the parties jointly stipulated to a stay on May 28, 2024. ECF No. 66. On May 28, 2024, this Court granted the parties' stay and ordered the parties to submit a joint status report by June 27, 2024. ECF No. 67.

In light of these developments, the parties have agreed to stipulate to a thirty-day stay of Defendants' briefing deadlines. Good cause continues to exist for an extension of time, because the complexity of the issues in this case and the proximity of settlement. If this Court grants an

STIPULATION - 2
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 514-2000
Fax: (202) 305-7000

extension, the parties would move for preliminary approval of a settlement agreement or seek a further extension, if necessary, by July 29, 2024.[2]

        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| For the Plaintiffs: | For the Defendants: |
|---|---|
| */s/* Matt Adams <br> Matt Adams | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br> U.S. Department of Justice, Civil Division |
| */s/* Aaron Korthuis <br> Aaron Korthuis | WILLIAM C. PEACHEY <br> Director |
| Northwest Immigrant Rights Project <br> 615 Second Avenue, Suite 400 <br> Seattle, WA 98104 <br> (206) 957-8611 <br> matt@nwirp.org <br> aaron@nwirp.org | WILLIAM C. SILVIS <br> Assistant Director <br><br> CHRISTINA PARASCANDOLA <br> Senior Litigation Counsel |
| */s/* Mary Kenney <br> Mary Kenney | MARIE FEYCHE <br> Trial Attorney |
| */s/* Trina Realmuto <br> Trina Realmuto | RUTH CHECKETTS <br> Special Attorney |
| */s/* Kristin Macleod-Ball <br> Kristin Macleod-Ball | ANEESA AHMED <br> Trial Attorney |
| National Immigration Litigation Alliance <br> 10 Griggs Terrace <br> Brookline, MA 02446 <br> (617) 819-4447 <br> mary@immigrationlitigation.org <br> trina@immigrationlitigation.org | */s/* Aneesa Ahmed <br> ANEESA AHMED <br> Trial Attorney <br> Office of Immigration Litigation <br> District Court Section <br> Department of Justice, Civil Division <br> P.O. Box 868, Ben Franklin Station |

---

[2] Thirty (30) days after the current due date is Saturday, July 27, 2024. A stay of thirty (30) days would make the due date Monday, July 29, 2024. *See* Fed. R. Civ. Pro. 6(a)(1)(C) (providing that if the last day of the extension or stay period is a Sunday, then the period continues to run until the next day that is not a Saturday, Sunday, or legal holiday).

STIPULATION - 3
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**

kristin@immigrationlitigation.org

Washington, D.C. 20044
(202) 451-7744
Aneesa.Ahmed@usdoj.gov

Dated this 27th day of June, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __28th__ day of __June__.

_____
The Honorable John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATION - 4
2:22-cv-00806-JHC

**United States Department of Justice, Civil Division**
**Office of Immigration Litigation – District Court Section**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel.: (202) 514-2000**
**Fax: (202) 305-7000**