1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Mary CHENG, Acting Director, Executive Office for Immigration Review,<br><br>          Defendants. | Case No. 2:22-cv-00806-JHC<br><br>JOINT MOTION TO EXTEND PAGE LIMITS & ORDER<br><br>NOTE ON MOTION CALENDAR: July 29, 2024 |

The Parties jointly file this motion pursuant to Local Civil Rule 7(f). As the Parties have explained in several status reports to the Court, they have been negotiating a settlement agreement to resolve Plaintiffs' claims in this matter. The Parties have now finalized that agreement. As detailed in Plaintiffs' complaint, this case involves a proposed nationwide class action with several subclasses, and thus the Parties' agreement to address all claims in this matter is detailed and complex. The forthcoming motion for preliminary approval of the class action settlement must address several factors. Given that this is a nationwide class action, and in order to apprise the Court fully of the grounds for forthcoming motions, the Parties request that the Court extend the page limit for their Joint Motion for Preliminary Approval of Class Action Settlement and Request for Fairness Hearing, to 4800 words.

1    Dated this 29th day of July, 2024.

2    Respectfully submitted,

3

4    For the Plaintiffs:                          For the Defendants:

5    /s/ Matt Adams
     Matt Adams                                   BRIAN M. BOYNTON
6                                                  Principal Deputy Assistant Attorney General
                                                   U.S. Department of Justice, Civil Division
7    /s/ Aaron Korthuis
     Aaron Korthuis                                WILLIAM C. PEACHEY
8                                                  Director
     Northwest Immigrant Rights Project
9    615 Second Avenue, Suite 400                  WILLIAM C. SILVIS
     Seattle, WA 98104                             Assistant Director
10   (206) 957-8611
     matt@nwirp.org                               CHRISTINA PARASCANDOLA
11   aaron@nwirp.org                              Senior Litigation Counsel

12
                                                   RUTH CHECKETTS
13   /s/ Mary Kenney                               Special Attorney
     Mary Kenney
14
                                                   /s/ Aneesa Ahmed
15   /s/ Trina Realmuto                            ANEESA AHMED
     Trina Realmuto                                MARIE FEYCHE
16                                                 Trial Attorneys
     /s/ Kristin Macleod-Ball                      Office of Immigration Litigation
17   Kristin Macleod-Ball                          District Court Section
                                                   Department of Justice, Civil Division
18   National Immigration Litigation Alliance      P.O. Box 868, Ben Franklin Station
     10 Griggs Terrace                             Washington, D.C. 20044
19   Brookline, MA 02446                           (202) 451-7744
     (617) 819-4447                                Aneesa.Ahmed@usdoj.gov
20   mary@immigrationlitigation.org
     trina@immigrationlitigation.org
21   kristin@immigrationlitigation.org

22

23

24

25

26

     JOINT MOTION TO EXTEND PAGE LIMITS & ORDER- 2
     2:22-cv-00806-JHC

**ORDER**

Before Court is the Parties' Motion to Extend Page Limit for their Joint Motion Preliminary Approval of Class Action Settlement and Request for Fairness Hearing.  Dkt. # 71. The Court finds that good cause exists to extend the page limit for the joint motion, and accordingly ORDERS that the following word limits apply to the Parties' Joint Motion for Preliminary Approval of Class Action Settlement and Request for Fairness Hearing: 4800 words.

Dated this 29th day of July, 2024.

John H. Chun
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO EXTEND PAGE LIMITS & ORDER- 3
2:22-cv-00806-JHC