# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Bianey GARCIA PEREZ, Maria MARTINEZ CASTRO, J.M.Z., Alexander MARTINEZ HERNANDEZ, on behalf of themselves as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; Ur JADDOU, Director, U.S. Citizenship and Immigration Services; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; Mary CHENG, Acting Director, Executive Office for Immigration Review,<br><br>Defendants. | Case No. 2:22-cv-00806-JHC<br><br>ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY<br><br>NOTE ON MOTION CALENDAR:<br>July 29, 2024 |

Upon consideration of the Parties' Joint Motion for Class Certification (Dkt. # 72), Settlement Agreement, and previously filed documents in support of the Motion for Class Certification (Dkt. # 2), and pursuant to Rules 23(a), 23(b)(2), and 23(g) of the Federal Rules of Civil Procedure, the Court certifies the following class and subclasses, and appoints the following as class counsel:

**Class**: All noncitizens in the United States who have filed or will file with USCIS or EOIR a complete Asylum Application and who would be eligible for

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY- 1
2:22-cv-00806-JHC

employment authorization under 8 C.F.R. 274a.12(c)(8) but for the fact that their Asylum EAD Clock was stopped or not started prior to 180 days after the date the noncitizen filed a complete Asylum Application.

1. **Remand Subclass**: "Remand Subclass" means: Class members whose Asylum EAD Clocks were or will be stopped following a decision by an Immigration Judge and whose Asylum EAD Clocks are not or will not be started or restarted following an appeal in which either the BIA or a federal court of appeals remands their case for further adjudication of their asylum and/or withholding of removal claims.

2. **Unaccompanied Children Subclass**: "Unaccompanied Children Subclass" means: Class members in removal proceedings who are unaccompanied children ("UCs") pursuant to 6 U.S.C. § 279(g) and whose Asylum EAD Clocks are not started or will be stopped while waiting for USCIS to adjudicate the filed Asylum Application.

3. **Change of Venue Subclass**: "Change of Venue Subclass" means: Class Members in removal proceedings whose removal proceedings have been or will be transferred to a different Immigration Court through a granted change of venue motion, and for whom EOIR has stopped or will stop the Asylum EAD Clock based solely on the change of venue.

**Class Counsel:**

Matt Adams
Leila Kang
Aaron Korthuis
Northwest Immigrant Rights Project
615 2nd Ave Ste 400
Seattle, WA 98104

ORDER GRANTING JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY- 2
2:22-cv-00806-JHC

Trina Realmuto
Mary Kenney
Kristin Macleod-Ball
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446

Dated this 29th day of July, 2024.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE